UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––– X
                                          :

EMANUEL DELACRUZ, on behalf of himself    :   Case No. 1:18-cv-07411 (PAE)
and all others similarly situated,                        :
                                          :   **NOTICE OF SETTLEMENT**
                Plaintiffs,                      :
                                          :
    -against-                              :
                                          :
OPENING CEREMONY, LLC,                :
                                          :
                Defendant.                  :
                                          :
––––––––––––––––––––––––––––––– X

      **PLEASE TAKE NOTICE** that Plaintiff Emanuel Delacruz ("Plaintiff") and Defendant Opening Ceremony, LLC have reached a settlement in the above referenced case. A formal settlement agreement (the "Agreement") is currently being circulated between the parties for review and approval. Once all the appropriate signatures have been obtained, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will request that the case be dismissed and closed.

      The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences for at least thirty (30) days so as to facilitate the finalization of the Agreement.

Dated: December 3, 2018

        BLANK ROME LLP

By: _____
Martin S. Krezalek. Esq.
MKrezalek@BlankRome.com
405 Lexington Avenue
New York, New York 10174
212-885-5130
*Attorneys for Defendant Opening Ceremony, LLC*

To: **COHEN & MIZRAHI LLP**
Joseph H. Mizrahi, Esq.
Joseph@cml.legal
300 Cadman Plaza West, 12th Fl.
Brooklyn, N.Y. 11201
929-575-4175

**GOTTLIEB & ASSOCIATES**
Jeffrey M. Gottlieb
nyjg@aol.com
Dana L. Gottlieb
DanalGottlieb@aol.com
150 East 18th St., Suite PHR
New York, N.Y. 10003
212-228-9795
*Attorneys for Plaintiff Emanuel Delacruz*

2